■ In the Matter of THEODORE H. FRIEDMAN (Admitted as THEODORE HERZL FRIEDMAN), a Disbarred Attorney. [683 NYS2d 837] —Motion for modification and amendment of an opinion and order of this Court denied. No opinion. Concur—Sullivan, J. P., Williams, Rubin, Tom and Andrias, JJ.

■ In the Matter of STEVEN R. WECHSLER, a Disbarred Attorney. [683 NYS2d 837] —Application for reinstatement granted only to the extent of referring this matter to a Referee, as indicated. No opinion. Concur—Sullivan, J. P., Nardelli, Wallach, Tom and Mazzarelli, JJ.